UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JOEY BRIAN MULLINAX, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 5:13-cv-169 <br><br> ORDER FOR <br> AWARD OF EAJA FEES |

Plaintiff's motion for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) is before the Court. After review of the Plaintiff's brief, the Commissioner's stipulation, the record, and the EAJA, it is hereby ordered that EAJA fees in the amount of $4,834.09 be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If it is determined that Plaintiff's awarded EAJA fees are not subject to an offset, the check for EAJA fees shall be made payable to Plaintiff's attorney, Clair G. Campbell, based upon Plaintiff's January 20, 2015, assignment to his attorney and Defendant's stipulation to the same.

Any check for EAJA fees shall be mailed to Plaintiff's attorney as follows:

Clair G. Campbell
Attorney at Law
717 East Boulevard
Charlotte, NC 28203

Signed: March 5, 2015

Graham C. Mullen
United States District Judge